Todd M. Friedman (216752)
Nicholas J. Bontrager (252114)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866)633-0228
tfriedman@attorneysforconsumers.com
nbontrager@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY BLOTZER, on behalf of herself and all others similarly situated ) | Case No. 8:14-cv-00233-JLS-RNB |
| Plaintiff, ) | **CLASS ACTION** |
| vs. ) | |
| ) | **NOTICE OF SETTLEMENT** |
| TAX DEFENSE NETWORK, INC., ) | **Hon. Josephine L. Staton** |
| Defendants. ) | |

     NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation for Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

     Respectfully submitted this 25th day of April, 2014.

          By: s/Todd M. Friedman
             TODD M. FRIEDMAN
             Law Offices of Todd M. Friedman, P.C.
             Attorney for Plaintiff

Filed electronically on this 25th day of April, 2014, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Josephine L. Staton
United States District Court
Central District of California

Vincent S. Green
KAUFMAN SOLOWICH & VOLUCK, LLP
11755 Wilshire Blvd., Suite 2400
Los Angeles CA 90025
Attorney for Defendant

This 25th day of April, 2014.

<u>s/Todd M. Friedman</u>
Todd M. Friedman

Notice of Settlement - 2