# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY BLOTZER, on behalf of herself and all others similarly situated<br>　　　　Plaintiff,<br><br>　　vs.<br><br><br>TAX DEFENSE NETWORK, INC.,<br>　　　　Defendants. | Case No. SACV 14-00233-JLS-RNB<br><br>**ORDER** |

　　IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff's individual claims are dismissed with prejudice and the putative class claims are dismissed without prejudice. Each party shall bear their own costs and fees.

Dated this 1st day of May, 2014

　　　　　　　　　　　　　　　　　　　JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　The Honorable Josephine L. Staton

Order to Dismiss - 1